**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ, NY & CT
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

**NEW YORK OFFICE**:
4 Ridgeway Terrace
Spring Valley, New York 10977

*All Correspondences to NJ Office*

January 26, 2017

Honorable U.S. Magistrate Judge Ann Marie Donio
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101
*Via Email*

                Re:       **D'Ottavio v. USAA Savings Bank**
                           **Civil Action No 1:16-cv-02282-RMB-AMD**

To the Honorable U.S. Magistrate Judge Donio,

       The undersigned represents the Plaintiff in this action brought pursuant to the Telephone Consumer Protection Act (the "TCPA"). Please be advised that this matter has been settled as to all parties and claims. It is therefore respectfully requested that a 60-day Order be issued, in order to allow the parties to finalize settlement details and submit a Stipulation of Discontinuance. It is further respectfully submitted that the Telephone Conference scheduled for today, January 26, 2017 at 2:30 p.m. be canceled in light of the settlement of this action.

       Defendant's counsel is copied on this communication and has consented to the within request. Kindly contact the undersigned with any questions or concerns regarding the foregoing.

                                       Respectfully Submitted,

                                       /s/ Yitzchak Zelman, Esq.